THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED
   A. ISAACS, Appellant, *v.* JOHN MORAN, a Peace Officer
   of the County of New York, Respondent.

*People ex rel. Isaacs* v. *Moran*, 150 App. Div. 226, reversed.
(Submitted June 4, 1912; decided October 1, 1912.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered
April 19, 1912, which affirmed an order of Special Term
dismissing a writ of habeas corpus and remanding the
relator to custody on a charge of having violated the pro-
visions of section 271a of the Tax Law in having sold stock
transfer stamps without the written consent of the state
comptroller.

*George Ryall* for appellant.

*Thomas Carmody, Attorney-General* (*Henry Selden
Bacon* of counsel), for respondent.

Order reversed and relator discharged from custody on
dissenting opinion of SCOTT, J., below.

Concur: GRAY, WERNER, HISCOCK and CHASE, JJ.
Dissenting: CULLEN, Ch. J., WILLARD BARTLETT and
COLLIN, JJ.

---

UNITED STATES TRUST COMPANY OF NEW YORK, Respond-
   ent, *v.* ANNA K. DANIEL, Appellant, Impleaded with
   Others.

(Submitted September 30, 1912; decided October 2, 1912.)

Motion for re-argument granted; cause set down for
argument on October 21st; stay to continue until five
days after the decision of this appeal. (See 206 N. Y.
667.)